ROBERT S. BREWER, JR.
United States Attorney
AMANDA L. GRIFFITH
California Bar No. 243854
Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8970
Email: mandy.griffith@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20cr0329-JLS |
|---|---|
| Plaintiff, | MOTION OF THE UNITED STATES FOR AN AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| ANGELO NIKOS STEVENS, | |
| Defendant. | |

COMES NOW Plaintiff, the United States of America, by and through its counsel, Robert S. Brewer, Jr., United States Attorney, and Amanda L. Griffith, Assistant United States Attorney, and respectfully submits the United States Government's Motion for an Amended Order of Criminal Forfeiture. In support thereof, the United States sets forth the following:

1. On December 1, 2020, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of ANGELO NIKOS STEVENS ("Defendant") in the following properties:

(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses to which the defendant has pled guilty, including:

1. One SanDisk, Ultra USB 3.0
2. One Samsung Galaxy Note 9, Model #SM-N960U1, Serial Number RF8K91Y3T2A
3. One SanDisk Ultra Plus 200 GB micro SD card, Serial Number 8276DVHDY13Y
4. One USB
5. One USB
6. One Memory Card
7. One Lexur 16 GB USB drive
8. One San Disk 32 GB SD card
9. One 1 TB hard drive
10. One Apple iPhone 6, IMEI 359304063580586.

2. For thirty (30) consecutive days ending on January 7, 2021, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

3. There were no potential third parties known to the United States to have alleged an interest in the forfeited properties; therefore, no one was provided with direct notice of the forfeiture.

4. Thirty (30) days have passed following the final date of notice by publication, and no third party has made a claim to or declared any interest in the forfeited properties described above.

//
//
//

WHEREFORE, the United States respectfully requests:

1. That this Court enter an Amended Order of Criminal Forfeiture, condemning and forfeiting to the United States of America all right, title and interest of ANGELO NIKOS STEVENS and any and all third parties in

(1) computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct and

(2) the items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offenses to which the defendant has pled guilty, including:

1. One SanDisk, Ultra USB 3.0
2. One Samsung Galaxy Note 9, Model #SM-N960U1, Serial Number RF8K91Y3T2A
3. One SanDisk Ultra Plus 200 GB micro SD card, Serial Number 8276DVHDY13Y
4. One USB
5. One USB
6. One Memory Card
7. One Lexur 16 GB USB drive
8. One San Disk 32 GB SD card
9. One 1 TB hard drive
10. One Apple iPhone 6, IMEI 359304063580586;

2. That costs incurred by the United States Marshals Service, the Federal Bureau of Investigation and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties; and

//
//
//

3. That the Court order the Federal Bureau of Investigation to dispose of the properties forthwith in accordance with the law.

DATED: February 8, 2021.

Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney

s/ Amanda L. Griffith

AMANDA L. GRIFFITH
Assistant United States Attorney
Attorneys for Plaintiff
United States of America

Attachment: Declaration of AUSA Amanda L. Griffith